ISAAC H. BAILEY, as Assignee, etc., Appellant and Respondent, *v.* DANIEL DREW CHAMBERLAIN et al., Appellants and Respondents.

(Argued December 6, 1894; decided December 21, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order

*Reported below, 70 Hun, 571.

made February 17, 1893, which modified, and affirmed as modified, judgments in favor of defendants entered upon a decision of the court on trial at Special Term.

*Geo. W. Cotterill* for plaintiff.

*Dennis McMahon* and *Frederick Gillee* for defendants.

Agree to affirm; no opinion.
All concur, except EARL, J., dissenting.
Judgment affirmed.